**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Dean Hebert
Becker & Hebert
201 Rue Beauregard
Lafayette LA 70508

Daniel J. Gauthier
Becker & Hebert, LLC
201 Rue Beauregard
Lafayette LA 70508

Gregory Jesse Logan
The Logan Law Firm
P. O. Box 52704
Lafayette LA 70505

Camille Bienvenu Poche
Babineaux, Poche, Anthony
P. O. Box 52169
Lafayette LA 70505-2169

Karen T. Bordelon
Babineaux, Poche, Anthony
P. O. Box 52169
Lafayette LA 70505

Omar J. Thibeaux
The Thibeaux Firm
400 E. Kaliste Salooom S- 320
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 15, 2023

**REHEARING ACTION: February 15, 2023**

**Docket Number: CW 22-406 consolidated with CA 22-432 & CA 22-521**

**LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT
VERSUS
BENDEL PARTNERSHIP(A PARTNERSHIP
COMMENDAM)**

**Writ Application from Lafayette Parish Case No. 2021-6273, DIV B**

**BEFORE JUDGES:**

> **Hon. Sharon Darville Wilson**
> **Hon. Ledricka J. Thierry**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the "Application

for En Banc Rehearing or in the alternative, for Panel Rehearing" filed by **Lafayette**

**City-Parish Consolidated Government** has this day been

> **DENIED.**

cc: Pride Justin Doran, Counsel for  the Respondent
    Raven C. Boxie, Counsel for  the Respondent
    Randall Alan Smith, Counsel for  the Respondent
    L. Tiffany Hawkins, Counsel for  the Respondent
    Timothy Albert, Counsel for  the Respondent
    Stacey J. Albert, Counsel for  the Respondent
    Brandon Albert, Counsel for  the Respondent